UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMED ADILOVIC,

                Plaintiff,

- against -

THE COUNTY OF WESTCHESTER, WESTCHESTER COUNTY DEPARTMENT OF CORRECTION, WESTCHESTER COUNTY DEPARTMENT OF CORRECTION EMERGENCY SERVICE UNIT, and "JOHN DOES 1-10,"

                Defendants.

08 Civ. 10971 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that Plaintiff Adilovic's time to file an amended complaint in the above-captioned action is extended until June 29, 2009.

Dated: New York, New York
       June 19, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/09